# UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| **FreeAlliance.com, LLC**<br><br>    Plaintiff,<br><br>v.<br><br>**The United States**,<br><br>    Defendant. | Case No. 20-554 C<br>Judge _____ |

## MOTION FOR LEAVE TO FILE UNDER SEAL

**COMES NOW** Plaintiff, FreeAlliance.com, LLC (Plaintiff or FreeAlliance), by and through the undersigned counsel, and hereby files this Motion for Leave to File Under Seal. Plaintiff's Complaint and the Appendix thereto relate to the Navy's determination of nonresponsibility and the Small Business Administration's denial of a Certificate of Competency to FreeAlliance under a solicitation issued by the United States Navy. The documents discussed above contain confidential and proprietary information. Plaintiff therefore requests to file these documents under seal to protect their confidentiality. Redacted public versions of these documents are also being filed herewith. **WHEREFORE** Plaintiff, pursuant to RCFC Rule 5.5 and Appendix C to the Court's Rules, respectfully requests that the Court grant this Motion for Leave to File Under Seal.

Dated: May 4, 2020

Respectfully submitted,

/s/ Daniel J. Strouse
Daniel J. Strouse (attorney of record)
Cordatis LLP
1011 Arlington Boulevard
Suite 375
Arlington, Virginia 22209
Phone: (202) 342-2550
Fax:    (202) 342-6147
www.cordatislaw.com
Email: dstouse@cordatislaw.com

Joshua D. Schnell (of counsel)
Cordatis LLP
1011 Arlington Boulevard
Suite 375
Arlington, Virginia 22209
Phone: (202) 342-2550
Fax:    (202) 342-6147
www.cordatislaw.com
Email: jschnell@cordatislaw.com


Matthew T. Schoonover (of counsel)
Koprince Law LLC
901 Kentucky Street, Ste. 301
Lawrence, KS 66044
Phone: (785) 200-8919
Email: mschoonover@koprince.com

*Counsel for FreeAlliance.com, LLC*

**Certificate of Service**

I hereby certify that on this 4th day of May, 2020, a copy of the foregoing Motion for Leave to File Under Seal was filed with the Court and served through the Court's CM/ECF system, for service on the Government.

_____
Daniel J. Strouse