# In the United States Court of Federal Claims

No. 20-554C

Filed: May 6, 2020

| |
|---|
| FREEALLIANCE.COM, LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>       *Defendant*. |

## **ORDER**

The Court hereby **SCHEDULES** a telephonic status conference in the above-captioned case for **Tuesday, May 12, 2020 at 3:00 pm ET**. The Court will provide the parties with the dial-in number and access code closer to the date of the hearing.

**IT IS SO ORDERED.**

                                                  s/      David A. Tapp
                                                  DAVID A. TAPP, Judge